# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN  DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 10-13932-BP |
| | : | Chapter 7; Judge PERLMAN |
| HEHL, ROY J | : | SSN:      XXX-XX-7668 |
| | : | |
| Debtor. | : | |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of  $620.91  represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Square Two Financial | 2 | $620.91 |

| Total Unclaimed/Small Dividends $5.00 or Under | Total Unclaimed Dividends Over $5.00 |
|---|---|
| $0.00 | $ 620.91 |

July 22, 2011

Dated:_____

/s/  David W. Kuhn

_____

DAVID W. KUHN, Case Trustee

cc:      United States Trustee